Thomas Bradley ROOF, Appellant,

v.

**DIRECTOR OF REVENUE, STATE OF MISSOURI, Respondent.**

No. 73542.

Missouri Court of Appeals,
Eastern District,
Division One.

Nov. 17, 1998.

Motion for Rehearing and/or Transfer to Supreme Court Denied Jan. 19, 1999.

Robert S. Adler, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Evan J. Buchheim, Asst. Atty. Gen., Jefferson City, for respondent.

Before JAMES A. PUDLOWSKI, P.J., and WILLIAM H. CRANDALL, Jr., and CLIFFORD H. AHRENS, JJ.

**ORDER**

PER CURIAM.

Thomas Bradley Roof appeals from the judgment of the trial court that upheld an order by the Director of Revenue to suspend his driving privileges. The judgment is supported by substantial evidence and is not against the weight of the evidence; no error

of law appears. An opinion would have no precedential value.

The judgment is affirmed. Rule 84.16(b).